# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **SHARRIE NICHOLSON, personally and as Trustee of the SHARRIE MARIE NICHOLSON REVOCABLE TRUST aka SHARRIE NICHOLSON-BINKLEY,** )))))) | |
| **Plaintiffs,** )) | |
| v. ) | Case. No. 16-CV-56-TCK-FHM |
| ) | |
| **USAA PROPERTY AND CASUALTY INSURANCE, dba U.S.A.A aka U.S.A.A CASUALTY, et al.** )))) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Before the Court is Defendant's Motion to Dismiss for Lack of Prosecution ("Motion to Dismiss") (Doc. 18), which details Plaintiffs' failures to comply with the Court's Orders or participate in the litigation in any manner. Plaintiffs failed to timely respond to the Motion to Dismiss. On August 19, 2016, the Court gave Plaintiffs notice that failure to respond to the Motion to Dismiss would result in dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(b). Plaintiffs have still failed to file any response or otherwise show cause why this action should not be dismissed with prejudice.

Accordingly, Defendant's Motion to Dismiss for Lack of Prosecution (Doc. 18) is GRANTED, and Plaintiffs' claims against all Defendants are dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Other pending motions to dismiss (Docs. 9, 11) are DENIED as moot.

**SO ORDERED** this 7th day of September, 2016.

_____
**TERENCE KERN**
**United States District Judge**