## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **SHARRIE NICHOLSON, personally and as Trustee of the SHARRIE MARIE NICHOLSON REVOCABLE TRUST aka SHARRIE NICHOLSON-BINKLEY,** ) ) ) ) ) ) | |
| **Plaintiffs,** ) ) | |
| v. ) ) | Case. No. 16-CV-56-TCK-FHM |
| **USAA PROPERTY AND CASUALTY INSURANCE, dba U.S.A.A aka U.S.A.A CASUALTY, et al.** ) ) ) ) ) | |
| **Defendants.** ) | |

### JUDGMENT OF DISMISSAL

The Court hereby enters this judgment of dismissal with prejudice in favor of Defendants and against Plaintiffs on all claims. This judgment terminates the litigation.

**SO ORDERED** this 7th day of September, 2016.

_____
**TERENCE KERN**
**United States District Judge**